# United States Court of Appeals
FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE,  
Suite 115  
NEW ORLEANS, LA 70130

September 20, 2024

Ms. Julia Hubbard Bella
Law Office of Julia Bella, P.L.L.C.
503 FM 359
Box 228
Suite 130
Richmond, TX 77406

Ms. Maureen Scott Franco
Federal Public Defender's Office
Western District of Texas
300 Convent Street
San Antonio, TX 78205

Mr. Patrick F. McCann
Law Offices of Patrick F. McCann
909 Texas Street
Suite 205
Houston, TX 77002-0000

Mr. Tivon Schardl
Federal Public Defender for the Western District of Texas
Capital Habeas Unit
919 Congress Avenue
Suite 950
Austin, TX 78701

    No. 15-20022   In re: Garcia White
                           USDC No. 4:02-CV-105

Dear Counsel,

As a reminder, Fifth Circuit Rule 8 governs procedures in death penalty cases involving applications for immediate stay of execution and appeals in matters in which the district court has either entered or refused to enter a stay. Rule 8.10 specifically addresses time requirements for challenges to death sentences and/or execution procedures. If Mr. White would like to make such a

challenge, that must be done at least 7 days before the scheduled execution. Failure to meet this timing requirement without providing good cause will make counsel subject to sanctions.

          Sincerely,

          LYLE W. CAYCE, Clerk

          By: _____
          Mary Frances Yeager, Deputy Clerk
          504-310-7686

cc:  Mr. Jefferson David Clendenin